**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**KEITH KENNETH KEMMERER,**

    Petitioner

v.

**SUPERINTENDENT GAVIN,** *et al.*,

    Respondents

CIVIL NO. 3:CV-12-0186

(Judge Caputo)

**O R D E R**

**AND NOW**, this **3rd** day of **OCTOBER, 2014**, in accordance with the accompanying Memorandum, it is **ORDERED** that:

1. The Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability.

                                           **/s/ A. Richard Caputo**
                                           **A. RICHARD CAPUTO
                                           United States District Judge**